## Garrison v. The State.

*Lumpkin, J.*—1. That the court, after a jury had been stricken to try the case, which was an indictment for a misdemeanor, ordered another jury to be stricken and caused the trial to proceed before the latter jury, was not, of itself, cause for a new trial. It not appearing why this action was taken by the court, the presumption is that it was based upon a good and lawful reason.

2. The evidence was sufficient to support the verdict, and there was no merit in the ground of the motion for a new trial relating to alleged newly discovered evidence. *Judgment affirmed.*

May 13, 1895.

Indictment for illegal voting.   Before Judge Brown.
City court of Carrollton.   March term, 1895.

*Cobb & Brother* and *J. L. Cobb*, for plaintiff in error.
*T. A. Atkinson, solicitor-general,* and *Adamson & Jackson,* contra.